UNITED STATES OF AMERICA, Appellant, *v.* LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of the UNITED STATES BRANCH OF THE FIRST RUSSIAN INSURANCE COMPANY, Respondent, Impleaded with Others.

Argued November 18, 1940; decided December 31, 1940.

*John T. Cahill, United States Attorney (Francis M. Shea, Irvin C. Rutter, Edward J. Ennis* and *Noel Hemmendinger* of counsel), for appellant.

*John M. Downes* and *Alfred L. Green* for respondent.

*Albert G. Avery* for Frederick H. Cattley et al., *amici curiæ*.

*Paul C. Whipp* for surviving directors of First Russian Insurance Company, *amici curiæ*.

*Borris M. Komar* for George Brussendorff et al., *amici curiæ*.

*Samson Selig, Abraham J. Multer* and *William F. Roche* for Andrew Ditmars et al., *amici curiæ*.

*Allen W. Dulles* and *Inzer B. Wyatt* for Association of American Creditors of Russia, *amicus curiæ*.

*Per Curiam.* The judgment appealed from is in accord with the decision of this court in *Moscow Fire Ins. Co.* v. *Bank of New York* (280 N. Y. 286; affd., without opinion by an equally divided court, 309 U. S. 624; rehearing denied, 309 U. S. 697). Three of the judges of this court concurred in a forceful opinion dissenting from the court's decision in that case, but the decision left open no question which has been argued upon this appeal. We are agreed that without again considering such questions this court should, in

determining title to assets of First Russian Insurance Company, deposited in this State, apply in this case the same rules of law which the court applied in the earlier case in determining title to the assets of Moscow Fire Insurance Company deposited here.

The judgment should be affirmed, with costs.

LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ., concur.

Judgment affirmed.